UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MELISSA PORTER,

      Plaintiff,

v.

      Case No. 23-cv-12939
      Hon. Matthew F. Leitman

MCLAREN HEALTH CARE
CORPORATION,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated:  February 7, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2024, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126